United States District Court
Southern District of Texas

**ENTERED**

June 25, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALVIN HODGES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-00260 |
| | § | |
| U.S. BANK AS TRUSTEE, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is United States Magistrate Judge Richard W. Bennett's Memorandum and Recommendation filed on May 13, 2026. Doc. #20. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation (Doc. #20) in its entirety.

Accordingly, Defendant U.S. Bank's Motion for Entry of Final Judgment and to Suspend or Vacate Trial Deadlines and Trial (Doc. #19) is GRANTED. Plaintiff Alvin Hodges's claims are hereby DISMISSED WITH PREJUDICE. The Court will enter a separate final judgment.

It is so ORDERED.

JUN 2 4 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge